**People of the State of Illinois, Plaintiff-Appellee, v. Jack Kamsler, Defendant-Appellant.**

**Gen. No. 51,057.**

First District, Second Division.

December 20, 1966.

Rehearing denied January 10, 1967.

Jack Kamsler, pro se, of Chicago, appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Joel M. Flaum and Kenneth L. Gillis, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.